# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FORREST E. SILVEN,[1]
D.O.C. #718626,

    Plaintiff,

vs.                                  Case No. 4:18cv388-RH/CAS

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case by submitting a hand-written document to this Court, ECF No. 1, which the Clerk's Office filed as a complaint against the Department of Corrections. However, it was unclear whether Plaintiff intended to initiate a case in this Court. *See* ECF No. 4. An Order was entered noting several issues with that document as filed and, moreover, requiring Plaintiff to either pay the filing fee for this case or file an in forma pauperis motion if he did intend to proceed with this

---

[1] Plaintiff listed his name as Forrest Silven. ECF No. 1 at 1, 3; ECF No. 2 at 1. The inmate number listed, however, correlates with Forrest Silvers on the Department of Corrections' website.

litigation.  ECF No. 4.  Plaintiff's deadline to comply was November 29, 2018, and as of this day, nothing further has been received from Plaintiff.

Plaintiff was advised that if he did not comply, a recommendation would be entered to dismiss this action.  *Id.*  It appears that Plaintiff has abandoned this litigation and dismissal is appropriate.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on January 3, 2019.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**
**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:18cv388-RH/CAS