IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FORREST E. SILVEN,

    Plaintiff,

v.                                    CASE NO. 4:18cv388-RH/CAS

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The plaintiff's motion to appoint an attorney, ECF No. 2, is denied.

2. The report and recommendation is accepted and adopted as the court's opinion.

3. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on February 7, 2019.

                                          s/Robert L. Hinkle
                                          United States District Judge